No. 77–841. QUERN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS v. JORDAN. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–592. SEYMOUR v. UNITED STATES;
No. 77–5448. BROWN ET AL. v. UNITED STATES; and
No. 77–5456. NEWSOME v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–668. ALABAMA ASSOCIATION OF INSURANCE AGENTS, INC., ET AL. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 5th Cir. Certiorari denied.

No. 77–669. DE MATEOS, ADMINISTRATRIX v. TEXACO INC. ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–722. CARROLL, GOVERNOR OF KENTUCKY, ET AL. v. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–786. MOORE v. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD. C. A. 4th Cir. Certiorari denied.

No. 77–865. POWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–872. COMMITTEE OF INTERNS AND RESIDENTS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–963. TENNESSEE v. ARMSTRONG. Ct. Crim. App. Tenn. Certiorari denied.